John Metsker, Esq. SBN 268977

THE METSKER LAW FIRM

P.O. Box 590881

San Francisco, CA 94159

Phone: 866-342-6180

Fax: 415-500-4081

jmetsker@metskerlaw.com

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA M. CHAMBERLAIN,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:20-cv-04850-AS<br><br>[~~PROPOSED~~] **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of TWO THOUSAND TWO HUNDRED SEVENTY FOUR DOLLARS AND FORTY SEVEN CENTS (**$2,274.47**).

DATE: March 4, 2021

_____/ s / Sagar_____

HONORABLE ALKA SAGAR

UNITED STATES MAGISTRATE JUDGE